# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148876

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 148876
COA: 319323
Grand Traverse CC:
2013-011590-FH

JASON ROBERT NOVAK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 13, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014


Clerk

s0721